SHAPERO & SHAPERO
STEVEN J. SHAPERO - Bar No. 90282
5950 Canoga Ave., Suite 404
Woodland Hills, California 91367-5060
Telephone: (818) 710-1200
Facsimile: (818) 710-1447
Email: sshapero@shaperoandshapero.com

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DESTINY BARNETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-03920 - ODW (PVCx)<br><br>**NOTICE OF INTERESTED PARTIES BY RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB AND MIKE MUDARIS** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Red Tie, LLC dba Red Tie Gentlemen's Club and Mike Mudaris, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Red Tie, LLC dba Red Tie Gentlemen's Club

Mike Mudaris, an individual

DATED:  May 27, 2020                    SHAPERO & SHAPERO


By: /s/ Steven J. Shapero
Attorneys for Red Tie, LLC dba Red Tie
Gentlemen's Club and Mike Mudaris

Notice of Interested Parties

PROOF OF SERVICE

State of California        )

                              ) ss.

County of Los Angeles   )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5950 CANOGA AVENUE, SUITE 404, WOODLAND HILLS, CALIFORNIA 91367.

On May 27, 2020 I served the within document(s) described as: **NOTICE OF INTERESTED PARTIES BY RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB AND MIKE MUDARIS** on interested parties in this action [x] by placing [ ] the original(s) [ x] (a) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

John P. Kristensen, Esq.
KRISTENSEN WEISBERG. LLP
12540 Beatrice Street, Suite 200
Los Angeles, CA 90066
*john@kristensenlaw.com*

☐   BY MAIL

      ☐   I deposited such envelope in the mail at Woodland Hills, California.  The envelope was mailed with postage thereon fully prepaid.

      ☐   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   BY ELECTRONIC MAIL (EMAIL)

      ☒   E-mail in this action was completed on all parties listed on the service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Woodland Hills, California on May 27, 2020.

/s/ Michelle Thomas
Michelle Thomas

-3-