SAM H. NORDEAN
NORDEAN LAW, APC
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DESTINY BARNETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-03920 - ODW (PVCx)<br><br>**PLAINTIFF DESTINY BARNETT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Assigned to Hon. Otis D. Wright, II |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Destiny Barnett hereby voluntarily dismisses her individual claims without prejudice.

DATED: August 5, 2020          NORDEAN LAW, APC

By: _____
      Attorney for Plaintiff

DATED: August 5, 2020          SHAPERO & SHAPERO

By: _____
      Attorney for Defendants

-1-

Plaintiff Destiny Barnett's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. CIV. P. 41(a)(1)(A)(ii)